ELIZABETH ATCHINSON, RESPONDENT, v. COLGATE &
COMPANY, APPELLANT.

Submitted October 29, 1925—Decided February 1, 1926.

On appeal from the Supreme Court, whose *per curiam* is
printed in 3 *N. J. Mis. R.* 451.

For the respondent, *Erwin & Erwin.*

For the appellant, *Wall, Haight, Carey & Hartpence.*

PER CURIAM.

The judgment under review herein should be affirmed, for
the reasons expressed in the opinion delivered in the Supreme
Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, TREN-
CHARD, PARKER, MINTURN, KATZENBACH, LLOYD, WHITE,
GARDNER, VAN BUSKIRK, MCGLENNON, KAYS, HETFIELD,
JJ. 13.

*For reversal*—None.